UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                         ORDER
                                            Crim. No. 14-302 (MJD)

Mark Anthony Thompson,

    Defendant.

---

This matter is before the Court on the Government's Motion for an Extension to File its Response to Defendant's Motion to Vacate his Conviction and Sentence. Based on the file, records and proceedings herein,

IT IS HEREBY ORDERED that the Government's Motion for an Extension [Doc. No. 106] is GRANTED. The Government shall file its responsive brief on or before August 17, 2020. Defendant may file a reply brief on or before August 31, 2020.

Date: August 12, 2020             s/ Michael J. Davis
                                               Michael J. Davis
                                             United States District Court